IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 2 1 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JUAN SILVA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-03-145 |
| | § | |
| BLOOD SYSTEMS, INC., | § | |
| | § | |
| Defendant. | § | |

## CERTIFICATE OF INTERESTED PERSONS

Pursuant to this Court's Order for Conference and Disclosure of Interested Parties, the following is a list of all persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation:

1. Juan Silva

2. Blood Systems, Inc.

Respectfully submitted,

FULBRIGHT & JAWORSKI L.L.P.

By: /s/ Lana K. Varney
Lana K. Varney
State Bar No. 20499500
Tina V. Fernandez
State Bar No. 24012620
600 Congress Avenue, Ste. 2400
Austin, Texas 78701
Telephone: 512-474-5201
Telecopier: 512-536-4598

ATTORNEYS FOR BLOOD SYSTEMS, INC.

30534537.1

## CERTIFICATE OF SERVICE

      This is to certify that a true and correct copy of the above and foregoing instrument has been electronically transmitted via facsimile and mailed, by certified mail, return receipt requested to the following counsel of record on this the _19th_ day of August, 2003.

Richard D. Nielsen, II
500 North Water Street
First Capital Bank, Suite 510
Corpus Christi, TX 78741

*Attorney for Plaintiff*

                                                      _____
                                                      Lana K. Varney