4

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

**United States District Court**
**Southern District of Texas**
**FILED**

SEP 1 0 2003

**Michael N. Milby**
**Clerk of Court**

| | | |
|---|---|---|
| JUAN SILVA, | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-03-145 |
| | § | |
| BLOOD SYSTEMS, INC., | § | |
| | § | |
| Defendant | § | |

## CERTIFICATE OF INTERESTED PERSONS

Pursuant to this Court's Order for Conference and Disclosure of Interested Parties, the following is a list of all persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation:

1.    Juan Silva

2.    Blood Systems, Inc.

3.    State Office of Risk Management.

Respectfully submitted,

The Law Offices of Richard D. Nielsen, II

BY: _/S/_____

RICHARD D. NIELSEN, II
State Bar No. 15021800
500 North Water Street
First Capital Bank, Suite 510
Corpus Christi, Texas 78471-0005
(361) 885-0855
(361) 885-0911 facsimile
E-mail: rdn@flash.net

*ATTORNEY FOR JUAN SILVA*

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing instrument has been forwarded on this the **9**[th] day of **September**, 2003 to the following:


**Via Facsimile (512) 536-4598**
**and First Class Mail**
Ms. Lana K. Varney
FULBRIGHT & JAWORSKI
600 Congress Avenue, Suite 2400
Austin, Texas 78701-3271

/s/
_____
RICHARD D. NIELSEN, II

2

*Certificate of Interested Persons - Juan Silva vs. Blood Systems, Inc.*