IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JUAN SILVA | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | C.A. NO. B-03-145 |
| | § | |
| BLOOD SYSTEMS, INC. | § | |
| | § | |
| Defendant. | § | |

*United States District Court*
*Southern District of Texas*
*FILED*

NOV 2 6 2003

*Michael N. Milby*
*Clerk of Court*

## APPLICATION TO APPEAR PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

I, Tina V. Fernandez, an attorney with the law firm of Fulbright & Jaworski L.L.P. representing Blood Systems, Inc., file this application to appear *pro hac vice*, and would show the Court as follows:

1. My full name is Tina V. Fernandez and I am an attorney employed by the law firm of Fulbright & Jaworski L.L.P., attorneys for the Defendant in this case.

2. I am a member in good standing of the State Bar of Texas and a resident of the State of Texas. I have not applied for admission to nor have been admitted to any other court.

3. In support of this motion, I affirm that I have not been the subject of any grievance proceeding, involuntary removal proceeding, or disciplinary action while a member of the bar of any state or federal court.

4. I further assert that I have not been charged, arrested, or convicted of any criminal offense, including any felony or misdemeanor involving moral turpitude.

5. I have not applied to appear pro hac vice before this court in the past three years.

6.   I have read and am familiar with the local civil rules of this court.

7.   I request leave to appear on behalf of Defendant Blood Systems, Inc. and submit to the jurisdiction of this Court for all purposes.

WHEREFORE, PREMISES CONSIDERED, I, Tina V. Fernandez, present this application to appear before this Honorable Court in the above-styled and numbered cause. Granting of said application would be in the interest of justice and is not made for the purpose of delay.

Respectfully submitted,

FULBRIGHT & JAWORSKI, L.L.P.

By: *Tina V. Fernandez*
Lana K. Varney
State Bar No. 20499500
Tina V. Fernandez
State Bar No. 24026942
600 Congress, Suite 2400
Austin, TX 78701
512/474-5201
512/536-4598 (FAX)

ATTORNEYS FOR DEFENDANT

CERTIFICATE OF SERVICE

  I certify that on the 25th day of November, 2003, a true and correct copy of the foregoing was forwarded by certified mail, return receipt requested, to all counsel of record as follows:

Richard D. Nielsen, II
500 North Water Street
Corpus Christi, Texas 78471
Telephone: (361) 885-0855
Facsimile: (361) 885-0911

                   Tina V. Fernandez

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JUAN SILVA | § § | |
| Plaintiff, | § § | |
| VS. | § | C.A. NO. B-03-145 |
| BLOOD SYSTEMS, INC. | § § § | |
| Defendant. | § § | |

## ORDER GRANTING APPEARANCE PRO HAC VICE

It is ORDERED, that the application to appear *Pro Hac Vice* filed by Tina V. Fernandez be granted.

Done and Ordered at Brownsville, Texas, on this ____ day of _____, 2003.

_____
UNITED STATES DISTRICT JUDGE