United States District Court
Southern District of Texas
ENTERED

DEC 1 2 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

United States District Court
Southern District of Texas
FILED

DEC 0 9 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JUAN SILVA | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | C.A. NO. B-03-145 |
| | § | |
| BLOOD SYSTEMS, INC. | § | |
| | § | |
| Defendant. | § | |

### ORDER GRANTING APPEARANCE PRO HAC VICE

It is ORDERED, that the application to appear *Pro Hac Vice* filed by Tina V. Fernandez be granted.

Done and Ordered at Brownsville, Texas, on this 9TH day of DEC, 2003.

_____
UNITED STATES ~~DISTRICT~~ JUDGE
MAGISTRATE