THE HONORABLE JOHN WM. BLACK

INITIAL PRETRIAL CONFERENCE

United States District Court
Southern District of Texas
FILED

DEC 0 9 2003

Michael N. Milby
Clerk of Court

CIVIL ACTION NO. <u>B-03-145</u>  DATE & TIME: <u>12-09-03 AT 1:30 P.M.</u>

<u>JUAN SILVA</u>  PLAINTIFF(S) <u>RICHARD NIELSEN, II</u>
COUNSEL

VS.

<u>BLOOD SYSTEMS, INC.</u>  DEFENDANT(S) <u>LANA VARNEY</u>
COUNSEL

---

ERO: Rebecca Pinales
CSO: Dan Figueroa

    Attorneys Richard Nielsen and Tina Fernandez in lieu of Lana Varney appeared.

    Consent to trial before Magistrate Judge was signed by all parties.

    Scheduling order will be sent with trial to be held in January, 2005.