IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 0 9 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JUAN SILVA | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-03-145 |
| | § | |
| BLOOD SYSTEMS, INC. | § | |

**CONSENT TO EXERCISE OF JURISDICTION BY A**
**UNITED STATES MAGISTRATE JUDGE**

All parties to this case waive their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C. § 636(c).

| Signatures and Typed Names | Party Represented | Date |
|---|---|---|
| *[signature]* | Blood Systems, Inc. | 12/9/03 |
| *[signature]* | Juan Silva | 12/9/03 |
| | | |
| | | |