IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
DEC 1 2 2003
Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| JUAN SILVA | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-03-145 |
| | § | |
| BLOOD SYSTEMS, INC. | § | |

### ORDER

On this day came on to be considered the **initial pretrial conference** in the above-entitled and numbered case, accordingly:

IT IS HEREBY ORDERED THAT:

(1) All discovery in this case must be completed by **November 30, 2004.** If additional time is required, a motion requesting such extension must be filed no later than **November 16, 2004.** Failure to file such motion shall preclude further discovery.

(2) All other motions, including joinder of parties must be filed no later than ten (10) days after the completion of discovery.

(3) A joint pretrial order, which conforms to the requirements of Appendix B Local Rules for the United States District Court for the Southern District of Texas shall be filed no later than **December 21, 2004.**

**THE PRETRIAL ORDER SHALL SERVE AS THE TRIAL PLEADING. FAILURE TO FILE THE PRETRIAL ORDER WITHIN THE TIME PERIOD INDICATED, WILL RESULT IN SANCTIONS OR DISMISSAL OF THIS CAUSE OF ACTION FOR WANT OF PROSECUTION, AS APPROPRIATE.**

(4) A final pretrial and settlement conference is set for **December 21, 2004 at 1:30 p.m.**

(5) Parties will be notified of date of jury selection.

(6) Trial on the merits is set for **January 30, 2005 at 9:00 a.m.** before Magistrate Judge John Wm. Black.

DONE at Brownsville, Texas, on this 9th day of December, 2003.

_____
John Wm. Black
United States Magistrate Judge