```
                                                              United States District Court
                                                               Southern District of Texas
                                                                       ENTERED
              IN THE UNITED STATES DISTRICT COURT
               FOR THE SOUTHERN DISTRICT OF TEXAS
                      BROWNSVILLE DIVISION                         DEC 1 2 2003

                                                               Michael N. Milby, Clerk of Court
JUAN SILVA                          §                           By Deputy Clerk
                                    §
VS.                                 §         CIVIL ACTION NO. B-03-145
                                    §
BLOOD SYSTEMS, INC.                 §
```

## ORDER

Pursuant to 28 U.S.C. § 636(b)(1) and the Cost and Delay Reduction Plan under the Civil Justice Reform Act this case is referred to United States Magistrate Judge John Wm. Black.

SIGNED on this _11th_ day of _December_, 2003.

_____
UNITED STATES DISTRICT JUDGE