IN THE UNITED STATES OF DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 1 3 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JUAN SILVA | § | |
| | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-03-145 |
| | § | |
| | § | |
| BLOOD SYSTEMS, INC. | § | |

**PLAINTIFF'S CERTIFICATE OF DISCLOSURE**

Plaintiff, JUAN SILVA, certifies that he served the Plaintiff's Initial Disclosures on Defendant, BLOOD SYSTEMS, INC., on January 9, 2004, as required by Federal Rule of Civil Procedure 26(a).

Respectfully submitted,

Law Offices of Richard D. Nielsen, II

BY: _____
RICHARD D. NIELSEN, II
State Bar Number 15021800
500 North Water Street
First Capital Bank, Suite 510
Corpus Christi, Texas 78471
(361) 885-0855
(361) 885-0911 fax
E-mail: rdn@flash.net

1

## **CERTIFICATE OF SERVICE**

I certify that a copy of Plaintiff's Certificate of Disclosure was served on Ms. Tina V. Fernandez, FULBRIGHT & JAWORKSI, who is the attorney in charge for Defendant, BLOOD SYSTEMS, INC., and whose address is 600 Congress Avenue, Suite 2400, Austin, Texas 78701, (512) 474-5201, by facsimile (512) 536-4598 and first class mail, on January 9, 2004.

_____
RICHARD D. NIELSEN, II