13

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 1 3 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JUAN SILVA | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-03-145 |
| | § | |
| BLOOD SYSTEMS, INC., | § | |
| | § | |
| DEFENDANT | § | |

## AGREED STIPULATION TO EXTEND TIME

The undersigned counsel for the respective parties hereto hereby stipulate and agree to the following extensions of time:

(1) the fact discovery deadline is September 15, 2004;

(2) Plaintiff's Rule 26 (a)(2) Disclosures are due on October 1, 2004;

(3) Defendant's Rule 26 (a)(2) Disclosures are due on October 15, 2004;

(4) Expert discovery and expert reports shall be completed by November 30, 2004.

Dated: June 30, 2004

LAW OFFICES OF
RICHARD D. NIELSEN II

_/s/ Richard D. Nielsen III_
Richard D. Nielsen III, Atty. In Charge
State Bar No. 15021800
500 North Water Street
First Capital Bank Suite 510
Corpus Christi, TX 78471
(361) 885-0855
Attorney for Plaintiff

FULBRIGHT & JAWORSKI L.L.P.

_/s/ Tina V. Fernandez_
Lana K. Varney, Atty. In Charge
State Bar No. 20499500
Tina V. Fernandez, Atty. In Charge
State Bar No. 24012620
600 Congress Avenue
Austin, TX 78704
(512) 536-5268
Attorneys for Defendant Blood Systems, Inc.

30744411 1