IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 2 3 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JUAN SILVA | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-03-145 |
| | § | |
| BLOOD SYSTEMS, INC. | § | |

### ORDER

Pursuant to the Agreed Stipulation to Extend Time (Docket No. 13) filed August 13, 2004 the following dates are hereby scheduled:

1. The fact discovery deadline is September 15, 2004.

2. Plaintiff's Rule 26(a)(2) Disclosures are due on October 1, 2004.

3. Defendant's Rule 26(a)(2) Disclosures are due on October 15, 2004.

4. Expert discovery and expert reports shall be completed by November 30, 2004.

SIGNED at Brownsville, Texas, this 23rd day of August, 2004.

John Wm. Black
United States Magistrate Judge