IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 14 2004

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| JUAN SILVA, | § | |
| Plaintiff, | § § § | |
| v. | § § | Civil Action No. B-03-145 |
| BLOOD SYSTEMS, INC., | § § | |
| Defendant. | § § § | |

## MOTION FOR ADMISSION *PRO HAC VICE*

TO THE HONORABLE COURT:

I, Stephen L. Huffaker, an attorney with the law firm of Fulbright & Jaworski L.L.P. representing Defendant Blood Systems, Inc., file this Motion for Admission *Pro Hac Vice* and would respectfully show the Court as follows:

1. My full name is Stephen Lloyd Huffaker and I am an attorney employed by Fulbright & Jaworski L.L.P., attorneys for Defendant Blood Systems, Inc.

2. I am a member in good standing of the State Bar of Texas and I am admitted to practice in the United States District Court for the Western District of Texas.

3. I affirm that I have not been the subject of any grievance proceeding, involuntary removal proceeding, or disciplinary action while a member of the bar of any state or federal court.

4. I further affirm that I have not been charged, arrested, or convicted of any criminal offense, including any felony or misdemeanor involving moral turpitude.

5. I have not applied to appear *pro hac vice* before this Court in the past three years.

6. I have read and am familiar with the local civil rules of this Court.

7.   I request leave to appear on behalf of Defendant Blood Systems, Inc. and submit to the jurisdiction of this Court for all purposes.

WHEREFORE, PREMISES CONSIDERED, I, Stephen L. Huffaker, present this Motion for Admission *Pro Hac Vice* to this Honorable Court in the above-styled and numbered cause and respectfully request that such motion be granted.

Dated: September 13, 2004

Respectfully submitted,

FULBRIGHT & JAWORSKI L.L.P.

_____
Stephen L. Huffaker
State Bar No. 24026942
600 Congress Avenue, Suite 2400
Austin, Texas 78701
Telephone: (512) 474-5201
Facsimile: (512) 536-4598

Attorneys for Defendant Blood Systems, Inc.

## CERTIFICATE OF SERVICE

I certify that on the 13th day of September, 2004, a true and correct copy of the foregoing pleading was sent by U.S. Mail to all counsel of record as follows:

Richard D. Nielsen, II
500 North Water Street
First Capital Bank, Suite 510
Corpus Christi, Texas 78471-0005
Tel.: (361) 885-0855
Fax: (361) 885-0911

*Stephen Huffaker*
Stephen L. Huffaker