IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JUAN SILVA, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No.  B-03-145 |
| BLOOD SYSTEMS, INC., | § § § | |
| Defendant. | § § | |

**ORDER GRANTING ADMISSION *PRO HAC VICE***

The Motion for Admission *Pro Hac Vice* is granted, and Stephen L. Huffaker is admitted *pro hac vice* in the above-styled action.

DONE AND ORDERED this _____ day of _____, 2004, at Brownsville, Texas.

_____
UNITED STATES DISTRICT JUDGE