Sep 13 04 03:06p   LAW OFFS RDNII   3618850911   p.2
09/13/2004  14:54   FULBRIGHT & JAWORSKI → 40000040l3618850911   NO.461   D02

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 15 2004

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| JUAN SILVA | § § § | |
| PLAINTIFF, | § § | |
| V. | § | CIVIL ACTION NO B-03-145 |
| BLOOD SYSTEMS, INC., | § § § | |
| DEFENDANT | § | |

### AGREED STIPULATION TO EXTEND TIME

The undersigned counsel for the respective parties hereby stipulate and agree to the following extensions of time:

(1) The fact discovery deadline is November 30, 2004;

(2) Plaintiff's Rule 26 (a)(2) Disclosures are due on October 29, 2004;

(3) Defendant's Rule 26 (a)(2) Disclosures are due on November 12, 2004;

(4) Expert discovery and expert reports shall be completed by November 30, 2004.

Dated: September 13, 2004

LAW OFFICES OF
RICHARD D. NIELSEN II

_____
Richard D. Nielsen III, Atty. In Charge
State Bar No. 15021800
500 North Water Street
First Capital Bank Suite 510
Corpus Christi, TX 78471
(361) 885-0855
Attorney for Plaintiff Juan Silva

FULBRIGHT & JAWORSKI L.L.P.

_____
Lana K. Varney, Atty. In Charge
State Bar No. 20499500
Stephen L. Huffaker, Atty. In Charge
State Bar No. 24026942
600 Congress Avenue
Austin, TX 78701
(512) 536-5290
Attorneys for Defendant Blood Systems, Inc.

30744411.2