IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 1 3 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| JUAN SILVA, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. B-03-145 |
| BLOOD SYSTEMS, INC., | § § § | |
| Defendant. | § § | |

### ORDER GRANTING ADMISSION *PRO HAC VICE*

The Motion for Admission *Pro Hac Vice* is granted, and Stephen L. Huffaker is admitted *pro hac vice* in the above-styled action.

DONE AND ORDERED this __12__ day of __OCT__, 2004, at Brownsville, Texas.

_____
UNITED STATES ~~DISTRICT~~ JUDGE
MAGISTRATE