## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JUAN SILVA,<br>    Plaintiff, | §<br>§<br>§ | |
| VS. | § | CIVIL ACTION NO. B-03-145 |
| | § | |
| BLOOD SYSTEMS, INC.,<br>    Defendant. | §<br>§<br>§ | |

### ORDER DENYING EXTENSION OF TIME

Before the Court is an Agreed Stipulation to Extend Time (Docket No. 16) filed on September 15, 2004. The Agreed Stipulation is hereby **DENIED** for failure to comply with the Local R. Civ. 7.1(C).

IT IS SO **ORDERED**.

DONE at Brownsville, Texas, this 13th day of October, 2004.

John Wm. Black
United States Magistrate Judge