IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
NOV 2 3 2004
Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JUAN SILVA, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. B-03-145 |
| BLOOD SYSTEMS, INC., | § § | |
| Defendant. | § § § | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE COURT:

NOW INTO COURT, through undersigned counsel, come Juan Silva, Plaintiff herein, and Blood Systems, Inc., Defendant herein, and file this Joint Stipulation of Dismissal with Prejudice pursuant to FED. R. CIV. P. 41(a)(1)(ii). The Parties hereby give notice to this Honorable Court that Plaintiff's claims against Defendant Blood Systems, Inc. have been resolved. Therefore, Plaintiff no longer wishes to prosecute his claims against Defendant Blood Systems, Inc. and requests that the Court enter an Order dismissing all such claims with prejudice to the re-filing of same.

Dated: November 15th, 2004

Respectfully submitted,

_____
Richard D. Nielsen, II   ATTORNEY-IN-CHARGE
Fed. I.D. No. 15493
State Bar No. 15021800
555 N. Carancahua
Tower II, Suite 1770
Corpus Christi, Texas 78478
Telephone: (361) 888-6655
Facsimile: (361) 888-8683

Attorney for Plaintiff Juan Silva

_____   WITH PERMISSION
Lana K. Varney   ATTORNEY-IN-CHARGE
State Bar No. 20499500
Stephen L. Huffaker
State Bar No. 24026942
600 Congress Avenue, Suite 2400
Austin, Texas 78701
Telephone: (512) 474-5201
Facsimile: (512) 536-4598

Attorneys for Defendant Blood Systems, Inc.

- 2 -

## CERTIFICATE OF SERVICE

I certify that on the 19th day of November, 2004, a true and correct copy of the foregoing pleading was sent by U.S. Mail to all counsel of record as follows:

Richard D. Nielsen, II
555 N. Carancahua
Tower II, Suite 1770
Corpus Christi, Texas 78478
Tel.: (361) 888-6655
Fax: (361) 888-8683

_____
Stephen L. Huffaker