IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 2 9 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JUAN SILVA, | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. B-03-145 |
| BLOOD SYSTEMS, INC., | § | |
| Defendant. | § | |

### ORDER OF DISMISSAL WITH PREJUDICE

This Court, having been informed by the Parties that the matter has been resolved and having reviewed the Joint Stipulation of Dismissal with Prejudice which has been signed by all Parties making an appearance in this matter and subsequently filed with the Court, hereby ORDERS, ADJUDGES and DECREES that all claims against Defendant Blood Systems, Inc. are hereby dismissed with prejudice pursuant to FED. R. CIV. P. 41(a)(1)(ii), with each party bearing its own costs.

DONE and ORDERED this 29TH day of NOVEMBER, 2004, at Brownsville, Texas.

UNITED STATES ~~DISTRICT~~ JUDGE
MAGISTRATE

- 1 -